J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

**IT IS SO ORDERED**
Judge Vaughn R Walker
9/2/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　　　Plaintiff,<br>　v.<br>Ninna Kullkoskaya and Does 1 – 10, inclusive,<br>　　　　　　　Defendants. | Case No. C09-01087 VRW<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)** |

　　　　PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41 (a), Plaintiff Adobe Systems Incorporated dismisses this action in its entirety and without prejudice.

Dated:  August 25, 2009

J. Andrew Coombs, A Professional Corp.

By: _____
　　J. Andrew Coombs
　　Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe Systems Inc. v. Kullkoskaya, et al.: Dismissal　　　　- 1 -

## **PROOF OF SERVICE**

  I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

  On August 25, 2009, I served on the interested parties in this action with the:

- **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)**

for the following civil action:

<u>Adobe Systems Incorporated v. N. Kullkoskaya, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Ninna Kullkoskaya<br>938 Krieger Road<br>Webster, New York 14580 | *Courtesy Copy to:*<br>Clarke Kent Wittstruck<br>24 Cornell Street<br>Asheville, NC 28803 |
|---|---|

Place of Mailing: Glendale, California
Executed on August 25, 2009, at Glendale, California

             Jeremy Cordero